IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CAROLYN BILES,

       Plaintiff,

v.                                            Case No.  4:15cv488-MW/CAS

CAROLYN W. COLVIN,
Acting Commissioner of the
Social Security Administration,

       Defendant.
_____/

## ORDER ACCEPTING
## REPORT AND RECOMMENDATION[1]

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 22, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation.  ECF No. 23.   Accordingly,

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion.   The Clerk shall enter judgment stating, "The decision of the Commissioner to deny Plaintiff's application for Social Security

---

[1] This Court recognizes that the parties consented to the jurisdiction of the Magistrate Judge. ECF No. 7.  However, this Court failed to enter an order referring the matter to the Magistrate Judge. Accordingly, the Magistrate Judge's order must be treated as a report and recommendation and not a final order.

1

benefits is **AFFIRMED** and judgment entered for the Defendant." The Clerk shall close the file.

    **SO ORDERED on July 15, 2016.**

                                                   **s/Mark E. Walker         **
                                                   **United States District Judge**